LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/65
Facsimile (671) 477-5297

*Attorneys for Defendant*
*Peter James San Agustin*

FILED
DISTRICT COURT OF GUAM
JUL 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00061 |
| vs. | |
| PETER JAMES SAN AGUSTIN et al., | **STIPULATION FOR RELEASE OF PROPERTY AND EXONERATION OF BAIL** |
| Defendants. | |

This matter having been dismissed on July 27, 2005, the undersigned stipulate to the following:

1. Bail posted in this matter be exonerated and released to the person who posted such bail, or to such person's authorized designee;

2. All *non-contraband* property seized by the government be released to the owner of such property or such person's authorized designee, including but not limited to, any items of property and/or currency contained in **Exhibit A** attached herewith, which are of *non-contraband, releasable* nature;

3. That Peter James San Agustin's passport be released to him;

Page 1 of 2
USA v. Peter James San Agustin et al.
Criminal Case No. CR04-00061
Stipulation for Release of Property and Exoneration of Bail

RECEIVED
JUL 13 2006
LUJAN AG...

Case 1:04-cr-00061  Document 124  Filed 07/13/2006  Page 1 of 6

| | |
|---|---|
| 1 | SO STIPULATED this 30th of June, 2006. |

SO STIPULATED this 30th of June, 2006.

LUJAN AGUIGUI & PEREZ LLP

*[signature]*

**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Peter James San Agustin*

**OFFICE OF THE UNITED STATES ATTORNEY**

*[signature]*

**MARIVIC P. DAVID, ESQ.**
*Attorneys for United States of America*

File No. S-0048A/EMF/dmg

Page 2 of 2

USA v. Peter James San Agustin et al.
Criminal Case No. CR04-00061
Stipulation for Release of Property and Exoneration of Bail

# EXHIBIT A

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

JT: ~~[redacted]~~
Scene of Search Warrant

**FILE NO:** 3-05-0006
**G-DEP IDENTIFIER:** WGX SL
**FILE TITLE:** SAN AGUSTIN, Peter
**DATE:** 12.11.04

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 34 | Television monitors | Evidence |
| 1 | Electric Mixer | |
| 4 | Bottles of suspected methamphetamine | |
| 1 | Flask w/ dark substance | |
| 1 | Sony laptop | |
| 2 | Cardboard Boxes | |
| 1 | Backpack w/ miscellaneous document + paraphernalia | |
| 1 | Diskette + Beatrice Siblan O/License | |
| 2 | Drug ledgers | |
| 1 | Roll of film | |
| 1 | Box of .22 cal. ammo | |
| 1 | pH Tester | |
| 10 | Cameras (surveillance) | Evidence |

**RECEIVED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** S/A Jon Anderson

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** Danny Cho, SA

FORM DEA-12 (9-00) *Previous editions obsolete*  Electronic Form Version Designed in JetForm 5.2 V

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

JT ~~[redacted]~~
Scene of Search Warrant

**FILE NO.** RB-05-0006
**G-DEP IDENTIFIER** WGA SI
**FILE TITLE:** SAN AGUSTIN, Peter
**DATE:** 12.11.04

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Camera mount (movable) | Evidence |
| 1 | Laundry basket w/ multiple drug paraphernalia | |
| 1 | Bag full of match box strikers | |
| 2 | drug ledgers | |
| 1 | bag of plastic bags | |
| 1 | bag of Western Union receipts | |
| 1 | Bag of Straws | |
| 1 | bag of PH testers | |
| 3 | Spiral ledgers | |
| 1 | Rossi 22 Rifle. SN: G470710 | |
| 1 | S+W revolver .38 caliber | Evidence |

**RECEIVED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** S/A Jon Anderson

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** Danny Cho, SA

FORM DEA-12 (9-00) Previous editions obsolete
Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
JT [redacted]
Scene of Search Warrant

**FILE NO:** RB-05-0006
**G-DEP IDENTIFIER:** W6A31
**FILE TITLE:** SAN AGUSTIN, Peter
**DATE:** 12.11.2004

**DIVISION/DISTRICT OFFICE:**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Continued | BN: R91244 | Evidence |
| 1 | Straw w/ suspected "ice" | |
| 1 | bag w/ paper cup w/ suspected "ice" | Evidence |

**RECEIVED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** S/A Jon Anderson
**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** Danny Cho, SA

FORM DEA-12 (9-00) Previous editions obsolete
Electronic Form Version Designed in JetForm 5.2 Version