**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/65
Facsimile (671) 477-5297

*Attorneys for Defendant*
*Peter James San Agustin*

FILED
DISTRICT COURT OF GUAM
JUL 17 2006 mbo
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PETER JAMES SAN AGUSTIN,<br><br>Defendant. | CRIMINAL CASE NO. 04-00061<br><br>**ORDER** |

Based on the parties' Stipulation, IT IS HEREBY ORDERED

1. That all *non-contraband* property seized by the government be released to the owner of such property or such person's authorized designee, including but not limited to, any items of property and/or currency contained in **Exhibit A** attached with the Stipulation executed by the parties June 30, 2006, which are *non-contraband* in nature;

2. That the request to release the Defendant's passport be denied as moot since the Defendant claimed to have no passport and none was surrendered to the Court; and

///

///

Page 1 of 2

USA v. Peter James San Agustin et al.
Criminal Case No. CR04-00061
Order re Stipulation for Release of Property and Exoneration of Bail

3. That the request to exonerate and release any bail posted be denied as moot since no bail or bond was posted by or on behalf of the Defendant.

SO ORDERED this 17th day of July 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

Page 2 of 2

USA v. Peter James San Agustin et al.
Criminal Case No. CR04-00061
Order re Stipulation for Release of Property and Exoneration of Bail