DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER JAMES SAN AGUSTIN, et al,<br><br>Defendants. | CRIMINAL CASE NO. 04-00061<br><br><br><br>RECEIPT OF EXHIBITS |

[ X ]   Government's          [ ]   Defendant's          [ ]   Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**          **DESCRIPTION**

See attached Exhibit and Witness List

_Signature:_ [signed]

_Name:_ Teresa Catahay

_Date:_ August 4, 2006

_Office/Firm Receiving Exhibits:_ U.S. Attorney's Office

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. PETER JAMES SAN AGUSTIN, ET AL | Case Number: CR-04-00061 |

| PRESIDING JUDGE<br>ROBERT M. TAKASUGI | PLAINTIFF'S ATTORNEY<br>SEE MINUTE SHEET | DEFENDANT'S ATTORNEY<br>SEE MINUTE SHEET |
|---|---|---|
| HEARING DATE (S)<br>JULY 13-14, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **10:48:50 CALDWELL, called and sworn** |
| | | | | | | DX by M. David |
| | 1 | | 7/13/05 | 7/13/05 | | Violent Street Task Force - Acknowledgment of Search |
| | 4 | | 7/13/05 | 7/13/05 | | Photograph of 22 caliber rifle found in Sinajana residence |
| | 5 | | 7/13/05 | 7/13/05 | | Photograph of small stainless steel revolver in dresser drawer, found in Sinajana residence |
| | | | 7/13/05 | 7/13/05 | | Diagram of Sinajana residence, not to scale, w/ markings drawn by witness (no exhibit number given) |
| | 10 | | 7/13/05 | 7/13/05 | | Photo of hot plate, contents in methamphetamine lab in the residence |
| | 11 | | 7/13/05 | 7/13/05 | | GPD Custodial Interrogation form, signed by defendant Fortner, dated 12/11/2004 |
| | 2 | | 7/13/05 | 7/13/05 | | GPD Custodial Interrogation form, signed by defendant Camacho, dated 12/11/2004 |
| | | | | | | 11:43:00 LUNCH BREAK |
| | | | | | | 1:34:57 HEARING RESUMES |
| | | | | | | Witness resumes the stand, continued DX by Ms. David |
| | 3 | | 7/13/05 | 7/13/05 | | Statement Form by defendant Camacho, dated 12/11/2004 |
| | | | | | | 1:47:07 End DX |
| | | | | | | CX by Mr. Perez |
| | | | 7/13/05 | 7/13/05 | | Report of Officer Caldwell (no exhibit number given) |
| | 1 | | 7/13/05 | 7/13/05 | | Violent Street Task Force - Acknowledgment of Search |
| | | | | | | 2:42:44 End of CX by Mr. Perez |
| | | | | | | CX by Mr. Van de Veld |
| | | | 7/13/05 | 7/13/05 | | Report of Officer Caldwell (no exhibit number given) |
| | 5 | | 7/13/05 | 7/13/05 | | Photograph of small stainless steel revolver in dresser drawer, found in Sinajana residence |
| | | | | | | 3:17:01 BREAK |
| | | | | | | 3:33:01 HEARING RESUMES |
| | | | | | | CX by Mr. Arriola |
| | 11 | | 7/13/05 | 7/13/05 | | GPD Custodial Interrogation form, signed by defendant Fortner, dated 12/11/2004 |
| | | | | | | 3:48:38 End of CX by Mr. Arriola |
| | | | | | | CX by Ms. Lopez |
| | | | | | | 4:13:15 End CX |
| | | | | | | Re-DX by Ms. David |
| | 4 | | 7/13/05 | 7/13/05 | | Photograph of 22 caliber rifle found in Sinajana residence |
| | | | | | | 4:24:05 End Re-DX |
| | | | | | | Re-CX by Mr. Arriola |
| | | A | 7/13/05 | 7/13/05 | 7/13/05 | Sketch of interior of Sinajana home and where stolen items |
| | | B | 7/13/05 | 7/13/05 | 7/13/05 | Black and white photo of camcorder in bag |
| | | C | 7/13/05 | 7/13/05 | 7/13/05 | Black and white photo of camcorder on table in room |
| | | D | 7/13/05 | 7/13/05 | 7/13/05 | Black and white photo of stereo controls with Budweiser logo |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | E | 7/13/05 | 7/13/05 | 7/13/05 | Black and white photo of stereo |
| | | | | | | 4:31:37 End Re-CX by Mr. Arriola |
| | | | | | | **Mr. Arriola moved for the admission of Exhibits A through E - GRANTED** |
| | | | | | | Re-CX by Mr. Van de Veld |
| | | | | | | 4:33:35 End Re-CX by Mr. Van de Veld |
| | | | | | | Witness excused and admonished not to discuss his testimony with other witnesses |
| | | | | | | **BENNY T. BABAUTA, called and sworn** |
| | | | | | | DX by Ms. David |
| | 4 | | 7/13/05 | 7/13/05 | | Photograph of 22 caliber rifle found in Sinajana residence (with black marking made by this witness) |
| | 5 | | 7/13/05 | 7/13/05 | | Photograph of small stainless steel revolver in dresser drawer, found in Sinajana residence (with black marking made by this witness) |
| | | | | | | 4:47:55 End DX |
| | | | | | | CX by Mr. Perez |
| | 5 | | 7/13/05 | 7/13/05 | | Photograph of small stainless steel revolver in dresser drawer, found in Sinajana residence (without black marking made by this witness) |
| | 4 | | 7/13/05 | 7/13/05 | | Photograph of 22 caliber rifle found in Sinajana residence (without black marking made by this witness) |
| | | | | | | 5:01:59 End CX by Mr. Perez |
| | | | | | | CX by Mr. Van de Veld |
| | | | 7/13/05 | 7/13/05 | | Report of Officer Babauta (no exhibit number given) |
| | | | | | | Witness released and admonished not to discuss his testimony |
| | | | | | | **5:30:30 END DAY 1** |
| | | | | | | **9:07:22 BEGIN DAY 2** |
| | | | | | | **Benny T. Babauta resumes the witness stand** |
| | | | | | | CX by Mr. Arriola |
| | | F | 7/14/05 | 7/14/05 | | Black and white photo of bedroom w/ bed and closet |
| | | G | 7/14/05 | 7/14/05 | | Black and white photo closet in bedroom |
| | 1A | | 7/13/05 | 7/13/05 | | Diagram of Sinajana residence, not to scale, w/ markings drawn by witness **(Government just assigned exhibit number 1A)** |
| | | H | 7/14/05 | 7/14/05 | | Black and white photo of drawer with equipment on top and a bottle of water |
| | | | | | | 9:20:00 End of CX by Mr. Arriola |
| | | | | | | CX by Ms. Lopez |
| | | | | | | 9:34:06 End CX by Ms. Lopez |
| | | | | | | Re-DX by Ms. David |
| | | F | 7/14/05 | 7/14/05 | | Black and white photo of bedroom w/ bed and closet |
| | | H | 7/14/05 | 7/14/05 | | Black and white photo of drawer with equipment on top and a bottle of water |
| | | | | | | 9:37:43 End of examination, witness excused |
| | | | | | | **BRIAN AWA, called and sworn** |
| | | | | | | DX by Ms. David |
| | | | | | | 9:42:46 End DX; no examination by Mr. Perez |
| | | | | | | CX by Ms. Lopez |
| | | | | | | 10:02:47 End CX; Court examines the witness |
| | | | | | | 10:04:31 CX by Mr. Arriola |
| | | | | | | 10:14:25 End CX by Mr. Arriola |
| | | | | | | CX by Mr. Van de Veld |
| | | | | | | 10:17:54 End CX; No Re-DX |
| | | | | | | Witness excused |
| | | | | | | **EFRIM AMAGUIN, called and sworn** |
| | | | | | | DX by Ms. David |
| | | | | | | **10:29:23 BREAK** |
| | | | | | | **10:41:38 HEARING RESUMES** |
| | 10 | | 7/13/05 | 7/13/05 | | Photo of hot plate, contents in methamphetamine lab in the residence |

| PRESIDING JUDGE ROBERT M. TAKASUGI | | | | | PLAINTIFF'S ATTORNEY SEE MINUTE SHEET | DEFENDANT'S ATTORNEY SEE MINUTE SHEET |
|---|---|---|---|---|---|---|
| HEARING DATE (S) JULY 13-14, 2005 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 6 | | 7/14/05 | 7/14/05 | | Colored photo of cans of acetone and alcohol |
| | 7 | | 7/14/05 | 7/14/05 | | Colored photo of red tablets, filter |
| | 9 | | 7/14/05 | 7/14/05 | | Colored photo of boxes with western family wrappers in them |
| | | | | | | 10:51:32 End DX |
| | | | | | | CX by Mr. Perez |
| | | | | | | 10:59:55 End CX by Mr. Perez |
| | | | | | | CX by Ms. Lopez |
| | | A | 7/13/05 | 7/13/05 | 7/13/05 | Sketch of interior of Sinajana home and where stolen items |
| | | | | | | 11:17:40 End CX by Ms. Lopez |
| | | | | | | CX by Mr. Van de Veld |
| | | A | 7/13/05 | 7/13/05 | 7/13/05 | Sketch of interior of Sinajana home and where stolen items |
| | | | | | | 11:22:54 End of CX |
| | | | | | | CX by Mr. Arriola |
| | | I | 7/14/05 | 7/14/05 | | map drawn by Ms. Martinez |
| | | A | 7/13/05 | 7/13/05 | 7/13/05 | Sketch of interior of Sinajana home and where stolen items |
| | | | | | | 11:25:51 End CX |
| | | | | | | No Re-DX; Court examines the witness |
| | | | | | | 11:27:47 Witness excused |
| | | | | | | **FRANK SANTOS, called and sworn** |
| | | | | | | DX by Ms. David |
| | 14 | | 7/14/05 | 7/14/05 | | Drug Administration Form, Statement of Rights and Waiver, signed by defendant San Agustin, dated 12/11/04, 7:55 a.m. |
| | 15 | | 7/14/05 | 7/14/05 | | Drug Enforcement Administration, Statement of defendant Peter J. San Agustin, dated December 11, 2004 at 10:00 p.m.(2 pages) |
| | | | | | | 11:45:56 End DX |
| | | | | | | CX by Mr. Perez |
| | 14 | | 7/14/05 | 7/14/05 | | Drug Administration Form, Statement of Rights and Waiver, signed by defendant San Agustin, dated 12/11/04 |
| | 1 | | 7/13/05 | 7/13/05 | | Violent Street Crimes Task Force - Acknowledgment of Search |
| | | | | | | 11:49:55 End CX |
| | | | | | | CX by Ms. Lopez |
| | 12 | | 7/14/05 | 7/14/05 | | Drug Administration Form, Statement of Rights and Waiver, signed by defendant Sablan, dated 12/11/04 |
| | 13 | | 7/14/05 | 7/14/05 | | Drug Enforcement Administration, Statement of defendant Beatrice Sablan, dated 12/11/04 (1 page) |
| | | | | | | 11:56:47 End CX |
| | | | | | | Re-DX by Ms. David |
| | 13 | | 7/14/05 | 7/14/05 | | Drug Enforcement Administration, Statement of defendant Beatrice Sablan, dated 12/11/04 (1 page) |
| | | | | | | 12:04:19 Witness excused |
| | | | | | | **12:04:26 LUNCH BREAK** |
| | | | | | | **1:41:48 HEARING RESUMES** |
| | | | | | | Government has no additional witnesses |
| | | | | | | **PETER SAN AGUSTIN, called and sworn** |
| | | | | | | DX by Mr. Perez |
| | 1 | | 7/13/05 | 7/13/05 | | Violent Street Crimes Task Force - Acknowledgment of Search |
| | 5 | | 7/13/05 | 7/13/05 | | Photograph of small stainless steel revolver in dresser drawer, found in Sinajana residence (without black marking made by this witness) |
| | 14 | | 7/14/05 | 7/14/05 | | Drug Administration Form, Statement of Rights and Waiver, signed by defendant San Agustin, dated 12/11/04 |
| | | | | | | 2:23:17 End DX |
| | | | | | | CX by Ms. David |
| | 1 | | 7/13/05 | 7/13/05 | | Violent Street Crimes Task Force - Acknowledgment of Search |

Page -3-

| PRESIDING JUDGE<br>ROBERT M. TAKASUGI | | | | | PLAINTIFF'S ATTORNEY<br>SEE MINUTE SHEET | DEFENDANT'S ATTORNEY<br>SEE MINUTE SHEET |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JULY 13-14, 2005 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | 7/14/05 | 7/14/05 | | Photo of defendant Peter San Agustin holding a copy of a Search Warrant, District Court of Guam |
| | | | | | | 2:47:17 End CX; Court examines that witness |
| | | | | | | 2:49:29 CX by Mr. Van de Veld |
| | | | | | | 2:50:04 End CX; Court examines the witness |
| | | | | | | 2:52:30 Re-CX by Mr. Van de Veld |
| | | | | | | 2:53:09 End Re-CX |
| | | | | | | 2:53:20 Re-DX by Ms. David |
| | | | | | | 2:54:34 CX by Ms. Lopez |
| | | | | | | 2:55:16 End CX; no further questions |
| | | | | | | Witness excused |
| | | | | | | **2:56:32 BREAK** |
| | | | | | | **3:15:46 HEARING RESUMES** |
| | | | | | | **RICKINA CAMACHO, called and sworn** |
| | | | | | | DX by Mr. Van de Veld |
| | | | | | | 3:31:05 End DX |
| | | | | | | CX by Ms. David |
| | | | | | | 3:34:46 Witness excused |
| | | | | | | **BEATRICE SABLAN, called and sworn** |
| | | | | | | DX by Ms. Lopez |
| | 12 | | 7/14/05 | 7/14/05 | | Drug Administration Form, Statement of Rights and Waiver, signed by defendant Sablan, dated 12/11/04 |
| | | | | | | 3:45:18 End DX |
| | | | | | | CX by Ms. David |
| | | | | | | 3:55:14 End CX |
| | | | | | | Re-DX by Ms. Lopez |
| | | | | | | 3:57:55 End Re-DX; witness excused |
| | | | | | | Closing remarks by Ms. David |
| | | | | | | 4:20:05 - 4:38:45 Closing remarks by Mr. Perez |
| | | | | | | 4:38:55 - 5:06:20 Closing remarks by Mr. Van de Veld |
| | | | | | | 5:06 - 5:18:41 Closing remarks by Ms. Lopez |
| | | | | | | 5:18:50 - 5:25:14 Closing remarks by Mr. Arriola |
| | | | | | | **5:25:20 BREAK** |
| | | | | | | **5:29:21 RESUME HEARING** |
| | | | | | | **5:38:44 END DAY 2** |