Rev. 5-10-2007 United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*    (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME DARREN CALDWELL | 2. PHONE NUMBER 688-0135 | 3. DATE 10/25/2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER CR04-00061 | 9. CASE NAME Peter San Agustin | DATES OF PROCEEDINGS 10. FROM 7-13-2005 | 11. TO 7-14-2005 |
| 12. PRESIDING JUDICIAL OFFICIAL | | LOCATION OF PROCEEDINGS 13. CITY Hagatna | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [X] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | 10:30:01 to 11:42:55 (PT1) |
| ☐ OPENING STATEMENT (Plaintiff) | | | 7/13  1:34:55 to 3:17:03 (PT2) |
| ☐ OPENING STATEMENT (Defendant) | | | 3:32:56 to 5:30:36 (PT3) |
| ☐ CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | Motion to Suppress |
| ☐ CLOSING ARGUMENT (Defendant) | | | 7/14  9:07:23 to 10:29:24 (PT1) |
| ☐ OPINION OF COURT | | | 10:41:37 to 12:04:30 (PT2) |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | 1:41:50 to 2:56:29 (PT3) |
| ☐ SENTENCING | | | 3:15:44 to 5:38:58 (PT4) |
| ☐ BAIL HEARING | | | |

17. ORDER

- ☐ FTR Gold Format. Free player software included on CD.
- ☐ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [X] MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- ☐ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order. | Media: ☐ CD ☐ DVD | | |
|---|---|---|---|
| | NO. CD/DVD(s) | NO. COPIES | COSTS |
| | | | |
| | ESTIMATE TOTAL | | **FILED** DISTRICT COURT OF GUAM NOV - 8 2007 JEANNE G. QUINATA Clerk of Court |
| 18. SIGNATURE [signed] | 19. DATE | | |
| PROCESSED BY  [initials] 11/06/07 | PHONE NUMBER | | |
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID |
| DEPOSIT PAID | 11/06/07 | [sig] | TOTAL CHARGES |
| CD/DVD DUPLICATED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 11/06/07 | [sig] | TOTAL REFUNDED |
| PARTY RECEIVED CD/DVD | 11/8/07 | DC | TOTAL DUE |