ORIGINAL

1  **LUJAN AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  DNA Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/65
4  Facsimile (671) 477-5297

5  *Attorneys for Defendant*
   *Peter James San Agustin*
6

7

8

**FILED**
DISTRICT COURT OF GUAM

JUN 0 6 2008 R.D,

**JEANNE G. QUINATA**
**Clerk of Court**

9           IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF GUAM

11  UNITED STATES OF AMERICA,          CRIMINAL CASE NO. 04-00061

12

13              vs.                    **AMENDED STIPULATION FOR RELEASE**
                                       **OF PROPERTY AND EXONERATION OF**
14  PETER JAMES SAN AGUSTIN et al.,    **BAIL**

15              Defendants.

16

17          This matter having been dismissed on July 27, 2005, the undersigned stipulate to the

18  following:

19          1.      Bail posted in this matter be exonerated and released to the person who posted

20  such bail, or to such person's authorized designee;

21          2.      All *non-contraband* property seized by the government in the instant case and in

22  GPD04-25665 be released to the owner of such property or such person's authorized designee,

23

24  including but not limited to, any items of property and/or currency contained in **Exhibit A**

25  attached herewith, which are of *non-contraband, releasable* nature;

26

27

28
                                   Page 1 of 2

*USA v. Peter James San Agustin et al.*
Criminal Case No. CR04-00061

Amended Stipulation for Release of Property and Exoneration of Bail

1    3.    That Peter James San Agustin's passport be released to him;

2    SO STIPULATED this 5th day of June, 2008.

3

4    **LUJAN AGUIGUI & PEREZ LLP**

        **OFFICE OF THE UNITED STATES ATTORNEY**
5

6    *[signature]*                        *[signature]*

7    **PETER C. PEREZ, ESQ.**              **MARIVIC P. DAVID, ESQ.**
     *Attorneys for Defendant Peter James San Agustin*   *Attorneys for United States of America*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                    Page 2 of 2
28
     *USA v. Peter James San Agustin et al.*
     Criminal Case No. CR04-00061

     Amended Stipulation for Release of Property and Exoneration of Bail

# EXHIBIT A

# RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (Including ZIP CODE), If applicable)

#366 Cole Angel Floris St.
Scene of Search Warrant

**FILE NO.** 28-05-0000

**G-DEP IDENTIFIER** WGX

**FILE TITLE** SAN AGUSTIN, Peter

**DATE** 12.11.04

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 34 | Television monitors. | Evidence. |
| 1 | Electric Mixer | |
| 4 | Bottles of suspected methamphetamines | |
| 1 | Flask w/ dark substance | |
| 1 | Sony laptop | |
| 2 | Cardboard Boxes. | |
| 1 | Back pack w/ miscellaneous document & paraphernalia | |
| 1 | Diskette + Beatrice Soblan D/License. | |
| 2 | Drug Ledgers | |
| 1 | Roll of film. | |
| 1 | Box of .22 cal. ammo | |
| 10 | PH Tester. Cameras (surveillance) | Evidence. |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)** SIA Jon Anderson

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** Danny Cho, SA

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. RB-05-0006 | G-DEP IDENTIFIER WGA 31 |
|---|---|---|
| #366 Cale Angel Flores St. Scene of Search Warrant | FILE TITLE SAN AGUSTIN, Peter | |
| | DATE 12.11.04 | |

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Camera mount (movable) | Evidence. |
| 1 | Laundry basket w/ multiple drug paraphernalia. | |
| 1 | Bag full of match box strikers | |
| 2 | drug ledgers | |
| 1 | bag of plastic bags | |
| 1 | bag of western union money receipts | |
| 1 | Bag of straws | |
| 1 | bag of PH testers. | |
| 3 | Spiral ledgers. | |
| 1 | Rossi 22 rifle. SN: G470710 | |
| 1 | S+W revolver .38 caliber. | Evidence. |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) S/A Jon Anderson. |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) Danny Cho, SA |

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. KB-05-0006 | G-DEP IDENTIFIER W6A3I |
|---|---|---|
| #366 Cale Anjel Flores St, Scene of Search Warrant | FILE TITLE SAN AGUSTIN, Peter | |
| | DATE 12.11.2004 | |

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual:

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Continued | BN: R91244 | Evidence |
| 1 | Straw w/ suspected "Ice" | |
| 1 | bag w/ paper cup w/ suspected "Ice" | Evidence |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) S/A Jon Anderson |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) Danny Cho, SA |

FORM DEA-12 (9-00) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

Case 1:04-cr-00061    Document 128    Filed 06/06/2008    Page 6 of 6

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. KB-05-0006 | G-DEP IDENTIFIER W6A3I |
|---|---|---|
| #366 Cale Anjel Flores St, Scene of Search Warrant | FILE TITLE SAN AGUSTIN, Peter | |
| | DATE 12.11.2004 | |

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual:

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Continued | BN: R91244 | Evidence |
| 1 | Straw w/ suspected "Ice" | |
| 1 | bag w/ paper cup w/ suspected "Ice" | Evidence |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) S/A Jon Anderson |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) Danny Cho, SA |

FORM DEA-12 (9-00) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version